NEPONSIT HOLDING CORPORATION, Appellant, v. PERCY I. ANSORGE, Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the June term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant pay respondent twenty dollars costs within five days from service of a copy of the order entered herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

THADDEUS PARASCANDOLA, Respondent, v. HOWARD D. HAMMOND, Individually and as the Sole Surviving Partner of the Firm of B. J. SFORZA AND COMPANY, Appellant, and JULIUS LEHRENKRAUSS and HOWARD D. HAMMOND, as Executors, etc., of BENJAMIN J. SFORZA, Deceased, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

PAR INVESTING CORPORATION, Respondent, v. FIFTIETH STREET AND DAHILL ROAD CORPORATION, Defendants. BICHLER BRICK CORPORATION, Appellant, and Others, Defendants.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

AGNES PHELAN, Respondent, v. DUGAN BROS., INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

HARRY PHELAN, Respondent, v. DUGAN BROS., INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD H. COLEMAN, Appellant.— Motion to extend time to perfect appeal to the June term granted. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN SANTORELLI and JOHN ARIGLE, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FREDERICK R. McCULLOUGH, Appellant, v. THE SHERIFF OF KINGS COUNTY and MARYLAND CASUALTY COMPANY, Respondents.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FREDERICK R. McCULLOUGH, Appellant, v. THE SHERIFF OF KINGS COUNTY and MARYLAND CASUALTY COMPANY, Respondents.— In light of this court's decision in People ex rel. McCullough v. Sheriff of Kings County (ante, p. 762), decided herewith, the motion for enlargement of time is dismissed. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FREDERICK R. McCULLOUGH,